IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CV-491-FL

| | |
|---|---|
| FRANK BRETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOE BIDEN; JILL BIDEN; ROBERT )<br>ROCKWELL AND SALVATION ARMY )<br>EMPLOYEES; JEFF EPSTEIN; J.P. )<br>MORGAN CHASE BANK; and JOHN )<br>UNKNOWN WHITE MAN CLERK, )<br>)<br>Defendants. ) | ORDER |

This matter is before the court upon plaintiff's motion for leave to proceed in forma pauperis (DE 2), and upon review of plaintiff's complaint pursuant to 28 U.S.C. § 1915(e). United States Magistrate Judge Robert B. Jones, Jr. entered memorandum and recommendation ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended plaintiff's complaint be dismissed (DE 5). Plaintiff did not file objections to the M&R, and the time within which to make any objection has expired. In this posture, the issues raised are ripe for ruling.

Upon a careful review of the M&R, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Because no objections have been filed, the court reviews the magistrate judge's findings and conclusions only for clear error, and need not give any explanation for adopting the M&R.

1

Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005); Camby v. Davis, 718 F.2d 198, 200 (4th Cir. 1983).

Here, the magistrate judge recommends dismissal of plaintiff's action because it is legally and factually baseless. Upon careful review of the M&R, the court finds the magistrate judge's analysis to be thorough, and there is no clear error. The court hereby ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, plaintiff's complaint is DISMISSED as frivolous and for failure to state a claim upon which relief can be granted. The clerk of court is DIRECTED to close the case.

SO ORDERED, this the 25th day of January, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge