UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FRANK BRETT )<br>        Plaintiff, )<br>v. )<br>        )<br>JOE BIDEN, JILL BIDEN, ROBERT )<br>ROCKWELL, and Salvation Army )<br>Employees, JEFF EPSTEIN, J. P. MORGAN)<br>CHASE BANK and JOHN UNKNOWN )<br>WHITE MAN CLERK )<br>        Defendants. ) | **JUDGMENT**<br>5:23-CV-491-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the memorandum and recommendations of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 25, 2024 and for the reasons set forth more specifically therein, that this action is DISMISSED as frivolous and for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on January 25, 2024, and Copies To:**
Frank Brett (via US mail) 315 S. Broad Street, Philadelphia, PA 19148

January 25, 2024                             PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                            (By)    Sandra K. Collins, Deputy Clerk